IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SAM WANG PRODUCE, INC., et al.** | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 8:10-cv-02286-PJM |
| **MS GRAND, INC., et al.** | : | |
| Defendants. | : | |

## ORDER TO SHOW CAUSE

UPON CONSIDERATION of Plaintiffs' *Emergency* Motion for Order Appointing Receiver, it is by the Court,

ORDERED, that any original Defendant who shall receive a copy of the Second Amended Complaint, the *Emergency* Motion for Order Appointing Receiver, and accompanying documents, and any newly added Defendant who shall be served with a summons, the Second Amended Complaint, the *Emergency* Motion for Order Appointing Receiver, and accompanying documents by no later than midnight on March 5, 2013, SHALL APPEAR AND SHOW CAUSE IN PERSON before the United States District Court for the District of Maryland, United States Courthouse, 6500 Cherrywood Lane, in Courtroom 4C, Greenbelt, Maryland 20770 on March 6, 2013 at 10 o'clock a.m. why a Temporary Receiver should not be appointed consistent with the relief requested in Plaintiffs' *Emergency* Motion for Order Appointing Receiver; and it is further

1

ORDERED, that a Temporary Receiver may be appointed with respect to any Defendant properly noticed who shall fail to appear and show-cause as directed herein.

ENTERED this 1st day of March, 2013.

/s/
Hon. Peter J. Messitte
United States District Court